IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00449-D

| | |
|---|---|
| MARIE A. BECTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

On July 26, 2022, Plaintiff filed a Motion for Entry of Default (Doc. 24). This Court extended Defendant's Motions for Extension of Time to File the Answer (Doc. 21, Doc. 23), and Defendant timely filed a Motion to Dismiss on August 2, 2022 (Doc. 25). Accordingly, the court DENIES plaintiff's Motion for Entry of Default (Doc. 24).

SO ORDERED. This **22** day of September, 2022.

JAMES C. DEVER III
United States District Judge