MARIE A. BECTON,  )
)
Plaintiff, )
)
v. ) **ORDER**
)
KILOLO KIJAKAZI, )
Acting Commissioner of Social Security, )
)
Defendant. )

On January 18, 2023, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") and recommended that this court grant defendant's motion to dismiss [D.E. 25]. See [D.E. 40]. On January 25, 2023, plaintiff supplemented her pleadings [D.E. 41]. Neither party objected to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 40].

In sum, the court GRANTS defendant's motion to dismiss [D.E. 25] and DISMISSES this action. The clerk shall close the case.

SO ORDERED. This 16 day of March, 2023.

                                          *Dever*
                                       JAMES C. DEVER III
                                       United States District Judge