UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIE A. BECTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT**<br>**IN A CIVIL CASE**<br><br>**CASE NO. 5:21-CV-449-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 40]. The court GRANTS defendant's motion to dismiss [D.E. 25] and DISMISSES this action.

**This Judgment Filed and Entered on March 16, 2023, and Copies To:**
| | |
|---|---|
| Lisa M. Rayo | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |
| Dianne Samu | (via CM/ECF electronic notification) |
| Marie A. Becton | (via US Mail to 1311 Ben Brewington Court, Goldsboro, NC 27530) |

DATE:
March 16, 2023

PETER A. MOORE, JR., CLERK
(By) /s/ Stephanie Mann
Deputy Clerk